UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> AMRITPAL SINGH, <br><br> Defendant. | CASE NO. 5:25-MJ-00011-CDB <br><br> **UNSEALING ORDER** |

Good cause due to the defendant's pending Arraignment on the Indictment in the Eastern District of California, it is hereby ordered that the Indictment, Arrest Warrant, and related court filings in the above matter, be UNSEALED.

DATED: February 26, 2025

_____
HON. CHRISTOPHER D. BAKER
UNITED STATES MAGISTRATE JUDGE